1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN HEALY,
                                    NO. CIV. S-02-1575 LKK/DAD
12         Plaintiff,

13      v.                               O R D E R

14   MCI WORLDCOM NETWORK
     SERVICE, INC., a Delaware,
15   corporation; ELECTRONIC
     DATA SYSTEMS CORPORATION,
16   a foreign corporation; and
     EDS/SHL CORPORATION, a Delaware
17   corporation,

18         Defendants.
     _____/
19

20        The court is in receipt of defendant's ex parte application

21   to shorten time for hearing on motions to quash subpoenas served

22   on various EDS employees.  Having considered the application,

23   the court hereby ORDERS as follows:

24        1.  The application for an order shortening time is

25   GRANTED.

26   ////

                                 1

1    2.  The motion to quash subpoenas served on various EDS

2  employees will be heard concurrently with the motions in limine

3  scheduled for October 24, 2005 on the court's Law and Motion

4  Calendar.

5    3.  Plaintiff is directed to file an opposition brief to

6  the motion to quash by 4:30 p.m. on October 19, 2005.  No reply

7  brief will be entertained.

8    IT IS SO ORDERED.

9    DATED:  October 17, 2005.

10

11                               /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
12                               UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26