```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


JOHN HEALY,
                                           NO. CIV. S-02-1575 LKK/DAD
          Plaintiff,

     v.                                          O R D E R

MCI WORLDCOM NETWORK
SERVICE, INC., a Delaware,
corporation; ELECTRONIC
DATA SYSTEMS CORPORATION,
a foreign corporation; and
EDS/SHL CORPORATION, a Delaware
corporation,

          Defendants.
                                   /
```

On October 24, 2005, the court heard oral argument on the defendants' motions to quash and motions in limine. It entered the following ORDERS:

**A.   MOTIONS TO QUASH**

The motions to quash are GRANTED, save and except that, if plaintiff can arrange for a video-conference from Texas to the court at plaintiff's expense, the court will order the serving

1

of a subpoena on the witness, Ms. Culham, at a location in the city in which she resides.

**B.    MOTIONS IN LIMINE**

As to the motions in limine, the court RULES as follows:

1. Defendants' motion re: plaintiff's work on behalf of EDS is DENIED;

2. Defendants' motion to preclude evidence of alleged accounting fraud is GRANTED;

3. Defendants' motion to exclude evidence of the statements of Dorothy Culham is DENIED;

4. Defendants' motion to exclude the testimony of Steven M. Reid:

   a. As to the New York MTA Project, the motion is GRANTED;

   b. As to testimony concerning Mr. Reid's own experience with respect to accelerating vesting of stock options and ISUs, the motion is GRANTED;

   c. As to testimony concerning other employees' negative reaction to EDS purchasing Systemhouse, the motion is GRANTED;

   d. As to testimony concerning plaintiff's state of mind concerning the exercise of options as gleaned by Mr. Reid by virtue of his conversations with Mr. Healy, the motion is DENIED if in fact those conversations were contemporaneous with the time that Mr. Healy and Mr. Reid expected the receipt of the stock options and ISUs.

5. EDS' motion relative to Carl Schroeder's statement is WITHDRAWN;

6. EDS' motion relative to statements by Barbara Iman to other employees of defendant: The evidence will not be received insofar as it is tendered to demonstrate an indirect way of communicating to Mr. Healy. However, if it has other evidentiary value, it will be received. That issue is DEFERRED to trial.

7. Defendants' motion to preclude evidence protected by the litigation privilege is GRANTED;

8. Defendants' motion to exclude evidence of fraud, bad faith or non-economic damages is DENIED.

IT IS SO ORDERED.

DATED: October 26, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT