UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN HEALY,

        Plaintiff,

   v.

MCI WORLDCOM NETWORK SERVICE, INC., a Delaware, corporation; ELECTRONIC DATA SYSTEMS CORPORATION, a foreign corporation; and EDS/SHL CORPORATION, a Delaware corporation,

        Defendants.

                                 /

NO. CIV. S-02-1575 LKK/DAD

O R D E R

    In <u>Engalla v. Permanente Medical Group, Inc.</u>, 15 Cal.4th 951, 974 (1997), the California Supreme Court held that "'[F]alse representations made recklessly and without regard for their truth in order to induce action by another are the equivalent of misrepresentations knowingly and intentionally uttered," quoting <u>Yellow Creek Logging Corp. v. Dare</u>, 216 Cal.App.2d 50, 55 (1963).

1    Based on the evidence tendered to the court, it appears
2 appropriate to find that:
3    1.  Barbara Iman ("Iman") misrepresented to John Healy ("Healy") that he could not legally be terminated until he
4 returned from disability;
5    2.  Under the circumstances, a failure to ascertain whether such statements were true was reckless, even though Iman
6 believed such misrepresentations were true.
7    3.  The representations were made to induce reliance on the part of Healy and he reasonably relied on them to his detriment.
8
9    Based on the facts above, the court directs the parties to
10 brief whether such facts constitute fraud under California law.
11 Each side shall submit to the court one brief, no more than ten
12 pages, by December 8, 2005 at 10:00 a.m.
13    IT IS SO ORDERED.
14    DATED: November 18, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2