UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 6, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

### JUDGMENT IN A CIVIL CASE

John Healy

          v.          CASE NUMBER: CIV S-02-1575 LKK DAD

MCI Worldcom Network Service, Inc. Et al

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF JAN 6, 2006: Economic Damages, including prejudgment interest in the amount of $2,324,988.48. Pain and Mental Anguish in the amount of $500,000 and Punitive Damages in the amount of $200,000.**

                                      Jack L. Wagner,
                                      Clerk of the Court

ENTERED:  January 6, 2006

                                      by: /s/ NDDuong