Kenneth B. Stark, Esq. (Admitted *pro hac vice*)
Lee J. Hutton, Esq. (Admitted *pro hac vice*)
Heidi Alten, Esq. (Admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, Ohio 44114
Telephone:  (216) 696-7600

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEALY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MCI WORLDCOM NETWORK SERVICES, INC., a Delaware corporation; ELECTRONIC DATA SYSTEMS CORPORATION, a foreign corporation; EDS/SHL CORPORATION, a Delaware corporation and DOES 1 through 10,<br><br>    Defendant | CASE NO.: CIV.S-02-1575 LKK/DAD<br><br>CASE FILED:  JUNE 13, 2002<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

   NOW COME Plaintiff John Healy and Defendants Electronic Data Systems Corporation and EDS/SHL Corporation ("EDS") and hereby jointly stipulate to the voluntary dismissal of this action with prejudice.  The parties have reached a full and final settlement of this matter.  This lawsuit should, therefore, be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| LAW OFFICES OF RICHARD J. EDSON | LITTLER MENDELSON, P.C. |
| By: /s/ Richard J. Edson (per written consent)<br>RICHARD J. EDSON<br>Attorney for Plaintiff,<br>JOHN HEALY | By: /s/ Lee J. Hutton<br>LEE J. HUTTON<br>Attorney for Defendants,<br>ELECTRONIC DATA SYSTEMS<br>CORPORATION AND EDS/SHL<br>CORPORATION |

DATED:  March 20, 2007

IT IS SO ORDERED:

_____
JUDGE LAWRENCE K. KARLTON
Senior United States District Judge

2
*Joint Stipulation for Dismissal with Prejudice*

PDF created with pdfFactory trial version www.pdffactory.com