1  Kenneth B. Stark, Esq. (Admitted *pro hac vice*)
   Lee J. Hutton, Esq. (Admitted *pro hac vice*)
2  Heidi Alten, Esq. (Admitted *pro hac vice*)
   LITTLER MENDELSON, P.C.
3  1100 Superior Avenue, 20th Floor
   Cleveland, Ohio 44114
4  Telephone:  (216) 696-7600

5

6              **UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   JOHN HEALY,                                      ) CASE NO.: CIV.S-02-1575 LKK/DAD
                                                      )
10             Plaintiff,                             ) CASE FILED:  JUNE 13, 2002
                                                      )
11       vs.                                          ) **JOINT STIPULATION FOR**
                                                      ) **RELEASE OF SUPERSEDEAS**
12  MCI WORLDCOM NETWORK                              ) **BOND**
    SERVICES, INC., a Delaware                        )
13  corporation; ELECTRONIC DATA                      )
    SYSTEMS CORPORATION, a foreign                    )
14  corporation; EDS/SHL                              )
    CORPORATION, a Delaware                           )
15  corporation and DOES 1 through 10,                )
16                                                    )
17                                                    )
               Defendant                              )
18                                                    )
                                                      )
19                                                    )

20

21       NOW COME Defendants Electronic Data Systems Corporation and

22  EDS/SHL Corporation ("EDS") and Plaintiff John Healy and hereby jointly

23  stipulate to the release of the Supersedeas Bond EDS filed on January 24, 2006,

24  pending EDS' appeal to the Ninth Circuit Court of Appeals.  The parties have now

25  entered a full and final settlement of this matter, as evidenced by the Joint

26  Stipulation with Prejudice, which was filed with this Court contemporaneously

27  herewith.  The Supersedeas Bond should, therefore, be released forthwith.

28

PDF created with pdfFactory trial version www.pdffactory.com

1

2    LAW OFFICES OF RICHARD J. EDSON   LITTLER MENDELSON, P.C.

3

4    By: /s/ Richard J. Edson (per written consent)   By: /s/ Lee J. Hutton
     RICHARD J. EDSON                                  LEE J. HUTTON
5    Attorney for Plaintiff,                           Attorney for Defendants,
                                                       ELECTRONIC DATA SYSTEMS
6    JOHN HEALY                                        CORPORATION AND EDS/SHL
                                                       CORPORATION
7

8

9

10   DATED:  March 20, 2007

11                                      IT IS SO ORDERED:

12

13

14                                      JUDGE LAWRENCE K. KARLTON
                                        Senior United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com